IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PASTOR CESILIO,

    Plaintiff,                    No. CIV S-05-1466 DFL DAD P

    vs.

DR. B. NAKU, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve his supplemental opposition to defendants' motion for summary judgment pursuant to the court's order filed April 10, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 8, 2006 motion for enlargement of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file and serve his supplemental opposition to defendants' motion for summary judgment.

DATED: May 30, 2006.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cesi1466.36