IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PASTOR CESILIO,

      Plaintiff,                      No. CIV S-05-1466 DFL DAD P

    vs.

DR. B. NAKU, et al.,

      Defendants.        ORDER

_____/

        On June 20, 2006, plaintiff filed an application for reconsideration of the magistrate judge's order denying plaintiff's May 23, 2006 motion for appointment of counsel. The magistrate judge's order was filed on May 30, 2006, and docketed as #27.

        Rulings by magistrate judges are final if no reconsideration thereof is sought from the court within ten court days calculated from the date of service of the ruling on the parties. Local Rule 72-303(b).  The Clerk of the Court served Order #27 on the parties on May 30, 2006. Pursuant to Local Rule 72-303(b) and Rule 6 of the Federal Rules of Civil Procedure, plaintiff was required to seek reconsideration on or before June 11, 2006.  Plaintiff's application for reconsideration reflects that the document was delivered to prison officials for mailing on June 18, 2006.  Plaintiff's application is therefore untimely.  Moreover, it does not appear that the magistrate judge's order was clearly erroneous or contrary to law.  See Local Rule 72-303(f).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2006
2  application for reconsideration of the magistrate judge's order filed May 30, 2006, and docketed
3  as #27 is denied.
4  DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge