UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| PASTOR MUNOS CESILIO,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>B. NAKU, Dr.; et al.,<br><br>Defendants - Appellees. | No. 06-16917<br>D.C. No. CV-05-01466-DFL<br><br><br>ORDER |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _No Eighth Amendment violation on these claims_

_____
Judge
United States District Court

Date: 11/15/2006